UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ARLENE HALLOWAY, as Personal Representative
of PATRICIA WILLIAMS,

    Plaintiff,

v.                                      No. 1:10-CV-844 JCH/KBM

BNSF RAILWAY CO.;
XYZ CORPORATIONS 1-5;
ABC PARTNERSHIPS 1-5; and
LMN BUSINESSES 1-5,

    Defendants.

## ORDER TO SHOW CAUSE

This Matter having come before the Court on the Declaration of Attorney Justin D. Rodriguez [Doc. No. 63] and having been called for hearing on Friday, November 18, 2011, at 2:30 p.m., it is HEREBY THE ORDER OF THE COURT that Pat Williams and Patrick Williams show cause before this Court why they should not be held in contempt.

It is further the Order of the Court that Pat Williams and Patrick Williams appear for deposition at the United States Federal Courthouse for the District of New Mexico, 333 Lomas Blvd., Albuquerque, New Mexico, on December 19, 2011 at 10:00 a.m.  Pat Williams shall be deposed first beginning at 10:00 a.m. and Patrick Williams shall be deposed thereafter, immediately following the conclusion of Pat Williams' deposition.

It is further ordered that should either witness fail to appear and provide testimony at their deposition, upon order of this Court, the U.S. Marshals Service is hereby authorized to take the non-appearing witness into custody and to bring them before this Court for further proceedings as to why they should not be held in contempt of court.

It is further the Order of this Court that this Order shall be served on Pat Williams and Patrick Williams by the U.S. Marshals Service on the soonest possible date.  Patrick Williams is

believed to reside at NHA Housing, #91, Mariano Lake, New Mexico.  Pat Williams is believed to reside at 120 B Cedar Bluff, Mentmore, New Mexico.  The U.S. Marshals Service shall promptly advise this Court and all counsel listed below at the telephone numbers provided once service is accomplished.

    IT IS SO ORDERED.

DATED:  November 22, 2011

                                                                              _____
                                                                              THE HONORABLE KAREN B. MOLZEN
                                                                              UNITED STATES CHIEF MAGISTRATE JUDGE

SUBMITTED AND APPROVED AS TO FORM:

ATKINSON, THAL & BAKER, P.C.

  /s/ Justin D. Rodriguez
Clifford K. Atkinson
Justin D. Rodriguez
Juan M. Marquez
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
Tel (505) 764-8111
*Attorneys for Defendant BNSF Railway Co.*


APPROVED AS TO FORM:

SCHERR & LEGATE, PLLC

  /s/ William R. Keeler
Victor Bieganowski
109 North Oregon, 12th Floor
El Paso, TX 79901
Tel (915) 544-0100
*Attorneys for Plaintiff*

     AND

William R. Keeler
Keeler & Keeler, LLP
108 East Aztec Avenue
Gallup, NM 87301
Tel (505) 722-5608
Fax (505) 722-5614
*Attorneys for Plaintiff*